THE HONORABLE TANA LIN
Trial Date: 12/11/2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MAISON VILLA HOMEOWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No. 2:22-cv-01275-TL<br><br>NOTICE OF VOLUNTARY DISMISSAL |

IT IS HEREBY STIPULATED by counsel for the parties hereto that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Maison Villa homeowners Association ("Association") hereby dismisses its claims against Defendant Allstate Insurance Company without prejudice and without costs. As no other Defendants remain in this lawsuit other than Doe Insurance Companies 1-10, which the Association dismisses without prejudice and without costs, the Association asks that this case be closed.

NOTICE OF VOLUNTARY DISMISSAL (Cause No. 2:22-cv-01275-TL) – 1
ys/AED6513.131/4370233X



WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED this 22nd day of February, 2023.

By   *s/Alfred E. Donohue*
    Alfred E. Donohue, WSBA No. 32774
    Wilson Smith Cochran Dickerson
    1000 Second Avenue, Suite 2050
    Seattle, WA 98104
    Phone: 206-623-4100
    Fax: 206-623-9273
    Email: donohue@wscd.com
    Of Attorneys for Defendant Allstate

DATED this 22nd day of February, 2023.

By   *s/Justin D. Sudweeks*
    Justin D. Sudweeks, WSBA No. 28755
    Stein, Sudweeks & Stein
    16400 Southcenter Parkway, Suite 410
    Tukwila, WA 98188
    Phone: 206-388-0660
    Fax: 206-286-2660
    Email: justin@condodefects.com
    Of Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL (Cause No. 2:22-cv-01275-TL) – 2
ys/AED6513.131/4370233X

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273